UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY SUTHERLAND (Pratka) | Case No. C17-5166-TSZ-JPD |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S CERTIFICATE OF SERVICE |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court upon plaintiff's submission of her Certificate of Services certifying that a copy of the complaint was served by certified mail on April 17, 2017, Dkt. 7, after the complaint was filed with this Court. Dkt. 1. As the Certificate of Service was not appended to the complaint or any other filing, it was filed as a "stand alone" document. However, the Certificate of Service was neither filed on pleading paper as LCR 10 requires, nor does it bear a caption identifying the names of the parties.

In the future, if plaintiff's counsel files a Certificate of Service that is not appended to a brief or other filing, plaintiff's counsel shall do so in a format that otherwise complies with LCR 10. Specifically, plaintiff's counsel should use numbered paper and include a caption that identifies the names of the parties so the Court can confirm that the case number is correct.

ORDER
PAGE - 1

In addition, plaintiff's counsel is advised that she incorrectly completed the Certificate of Service form submitted to the Court. Dkt. 7. Specifically, plaintiff's counsel did not include the date that the summons was actually issued by the Court, March 6, 2017, at the top. Dkt. 2. Similarly, the date at the bottom should reflect the actual date that plaintiff's counsel effected service on defendant, and not just the date she signed the form.

The Clerk is directed to send a copy of this Order to all counsel of record.

DATED this 16th day of May, 2017.

JAMES P. DONOHUE
Chief United States Magistrate Judge